UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH CRONIN, on behalf of himself and
others similarly situated,

        Plaintiff,                      Case No. 8:15-cv-00768-EAK-EAJ

vs.

PORTFOLIO RECOVERY ASSOCIATES,
LLC, a foreign limited liability company,

        Defendant.
_____/

### DEFENDANT'S MOTION TO CONDUCT LIMITED DISCOVERY ON ISSUES RELATING TO MOTION TO STAY AND COMPEL ARBITRATION

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned attorneys and pursuant to Local Rule 3.01, hereby files this, its Motion to Conduct Limited Discovery on Issues Relating to its Motion to Stay and Compel Arbitration, and states as follows:

1.     Defendant filed its Motion to Stay Proceedings, Compel Arbitration, and Dismiss Class Action Claim [DE 8] on May 13, 2015 (the "Motion").

2.     Plaintiff filed his Response in Opposition to Defendant's Motion [DE 13] on June 17, 2015 (the "Response").

3.     The Court has not yet ruled on Defendant's Motion.

4.     Plaintiff's Response asserts an evidentiary objection to the enforceability of the subject arbitration agreement. Specifically, Plaintiff argues that arbitration should not be compelled because Defendant has not provided sufficient evidence to establish that a valid arbitration agreement exists between the parties. (*See* Response at 3-4.)

5.     Defendant believes that the evidentiary issues relating to the arbitration agreement could be wrapped up with a deposition of the original creditor.

6. In order to allow for a complete presentation of the evidence relating to the arbitration agreement, Defendant respectfully requests that this Court delay ruling on its Motion until after the parties have had a chance to conduct limited discovery on the evidentiary issues raised in the Response.

7. Further, if warranted after the discovery on this issue, Defendant intends to seek leave to file a reply brief in support of its Motion.

8. No party will be prejudiced if this Court delays ruling on Defendant's Motion in order to allow the facts to be fully presented to this Court.

WHEREFORE, Defendant respectfully requests that this Court delay its ruling on Defendant's Motion until after the parties have had a chance to conduct limited discovery on the evidentiary issues raised in the Response, and grant the parties such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2015, this document was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

Gregory H. Lercher, Esq.
glercher@leavenlaw.com
Ian R. Leavengood, Esq.
ileavengood@leavenlaw.com
J. Andrew Meyer, Esq.
ameyer@leavenlaw.com
Leavengood, Dauval, Boyle & Meyer PA
3900 First Street North, Suite 100
St. Petersburg, FL 33703

*/s/ John P. Gaset*
Robert E. Sickles, Esq.
Florida Bar No. 167444
rsickles@broadandcassel.com
John P. Gaset, Esq.
Florida Bar No. 98415
jgaset@broadandcassel.com
**BROAD AND CASSEL**
100 North Tampa Street, Suite 3500
Tampa, Florida 33602
Telephone: 813-225-3020
Facsimile: 813-225-3039
*Counsel for Defendant*

## RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has conferred with opposing counsel in a good faith effort to resolve the issues raised by this Motion, however, counsel were unable to agree to a resolution. Opposing counsel opposes the relief requested by this Motion.

*/s/ John P. Gaset*